# OF DEFENDANTS: 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO.: 9:14-CR-54 |
| v. | 18 USC § 371 |
| SEALED INDICTMENT | |

A __TRUE__ BILL

_____
FOREPERSON

The within Indictment was received by the Court at 3:00 a.m./p.m/ on January 21, 2014, and sealed by the Court. Bench Warrants are to be immediately issued and turned over to the United States Marshals Service for service. When a named defendant is arrested, the United States Attorney is authorized to disclose the Indictment to the appropriate United States Magistrate Judge and the defendant. All Bench Warrants and any documents related to service are to be issued under seal.

_Paige J. Gossett_
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina
January 21, 2014

-1-