IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.   9:14-00054 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES HARDING, | ) | PROTECTIVE ORDER |
| MAREY MOONEY, | ) | AUTHORIZING DISCLOSURE |
| ALISA BIVENS, and | ) | OF APPLICATIONS, AFFIDAVITS, |
| HAILE AYALNEH MEKONNEN | ) | AND COURT ORDERS |

Upon consideration of the Government's Motion to Disclose the Applications, Warrants, Orders, Affidavits, Attachments, Returns, and related documents in matter numbers 3:13-00161-JRM, 3:13-00163-JRM, 3:13-00164-JRM, 3:13-00165-JRM, 3:13-00637-PJG, 3:13-00638-PJG, and 3:13-639-PJG.

It is hereby:

ORDERED, ADJUDGED, and DECREED that the Applications, Warrants, Orders, Affidavits, Attachments, Returns, and related documents in the previously sealed matter numbers 3:13-00161-JRM, 3:13-00163-JRM, 3:13-00164-JRM, 3:13-00165-JRM, 3:13-00637-PJG, 3:13-00638-PJG, and 3:13-639-PJG may be disclosed for the limited purpose of allowing the government to serve copies on the defendants through their attorneys in <u>United States v. Harding</u>, Criminal No. 9:14-00054, District of South Carolina.

IT IS FURTHER ORDERED that the contents of any of the Applications, Warrants, Orders, Affidavits, Attachments, Returns, and related documents being made available by the United States to the defendants and their attorney not be discussed, disseminated, or disclosed to

anyone other than the named defendants, their counsel, or the staff of the counsel, except upon the express authorization of this Court.

IT IS FURTHER ORDERED that as set forth in the earlier filed Standing Discovery Order issued in Criminal No. 9:14-00054, the attorneys for the defendants may allow the defendants to review the discovery materials, but shall not release custody of those materials to the defendant, and shall safeguard against the release of those materials. Upon final resolution of this case in the District Court, all matters disclosed pursuant to this order are to be immediately returned to the United States.

IT IS FURTHER ORDERED that the above-mentioned contents of the Applications, Warrants, Orders, Affidavits, Attachments, Returns, and related documents remain sealed until further Order of this Court.

IT IS FURTHER ORDERED that any attorney receiving the above-described items is not to disclose any information therein other than to prepare for trial and for the defense of his/her client.

AND IT IS SO ORDERED.

Charleston, S.C.

3/24/, 2014

SOL BLATT, JR.
SENIOR UNITED STATES DISTRICT JUDGE