IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

VS

CR NO. **9:14-54-1**

**JAMES HARDING**

## PLEA

The defendant, **JAMES HARDING**, having withdrawn his plea of Not Guilty entered, _2/25/14 pleads **GUILTY** to Count **1** of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina
January 8, 2015