IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No: 9:14-00054 |
| v. | |
| JAMES HARDING, MARY MOONEY, and ALISA BIVENS | |

## UNITED STATES'S NOTICE OF REQUEST FOR PROTECTION

John W. Borchert, Trial Attorney with the U.S. Department of Justice, hereby moves this Court for an Order of Protection, and further advises that upon information and belief, there are currently no hearings scheduled that conflict with the dates for which protection is requested. Accordingly, protection is requested for the following dates:

1. January 14-15, 2016;
2. January 20-22, 2016;
3. January 25-28, 2016
4. February 4, 2016; and
5. February 10, 2016.

WHEREFORE, John W. Borchert respectfully requests that he be granted protection from appearances on the above-stated dates.

ANDREW WEISSMANN
U.S. DEPARTMENT OF JUSTICE
CHIEF, FRAUD SECTION

BY: s/John W. Borchert
Trial Attorney
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
John.Borchert@usdoj.gov